**FILED**

September 13, 2010

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 3:10-cr-00023-CMK |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| CAMILO REYES, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  CAMILO REYES ; Case 3:10-cr-00023-CMK

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of _____

__X__   Unsecured Appearance Bond in the amount of $25,000.00 to be co-

signed by Raul Ortega.

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond secured by Real Property

_____   Corporate Surety Bail Bond

__X__   (Other) Pretrial Supervision/Conditions.

Issued at  Sacramento, CA  on  13  at  3:44 .

By _____

Kendall J. Newman
United States Magistrate Judge